UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>    -v-<br><br><br>THE POISONED PEN, A MYSTERY BOOKSTORE, LTD. and TBM BOOKMANAGER LTD.,<br><br>                   Defendants. | CIVIL ACTION NO. 24 Civ. 1430 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On February 26, 2024, Plaintiff commenced this action against Defendant The Poisoned Pen, A Mystery Bookstore, Ltd. ("Poisoned Pen"). (ECF No. 1). On May 22, 2024, Plaintiff filed a First Amended Complaint, which, inter alia, added TBM Bookmanager Ltd. ("TBM"), a Canadian company, as a Defendant. (ECF No. 16 (the "FAC")). To date, Plaintiff has not requested the issuance of a Summons with respect to TBM and, as such, has not filed proof of service of a Summons and the FAC on TBM, and TBM has not otherwise appeared.

On August 1, 2024, Plaintiff and Poisoned Pen filed a stipulation of dismissal with respect to Plaintiff's claims against Poisoned Pen only. (ECF No. 27 (the "Stipulation")). On August 2, 2024, the Clerk of Court advised the parties that the Stipulation was deficient for lack of handwritten signatures. (ECF min. entry Aug. 2, 2024). To date, the parties have not filed a corrected Stipulation.

Accordingly, by **August 16, 2024**:

1. Plaintiff and Poisoned Pen shall file a corrected Stipulation.

2.  Plaintiff shall file confirmation that he intends to dismiss his claims against TBM.

Plaintiff may do so by filing a notice of dismissal with respect to TBM pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i) or by adding TBM to the corrected Stipulation.

Dated:      New York, New York
            August 9, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**