UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

THE POISONED PEN, A MYSTERY BOOKSTORE, LTD. and TBM BOOKMANAGER LTD.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 1430 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 9, 2024, the Court ordered that, by August 16, 2024, (i) Plaintiff and Defendant The Poisoned Pen, A Mystery Bookstore, Ltd. shall file a corrected stipulation of dismissal (the "Corrected Stipulation"); and (ii) Plaintiff shall file confirmation that he intends to dismiss his claims against Defendant TBM Bookmanager Ltd. ("TBM"), noting that Plaintiff could do so, inter alia, by filing a notice of dismissal with respect to TBM pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) or by adding TBM to the Corrected Stipulation. (ECF No. 28 (the "Aug. 9 Order")). The parties failed to comply with the Aug. 9 Order or to request an extension of time to do so. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to comply with the Aug. 9 Order by **August 21, 2024**.

Plaintiff is warned that failure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute. See Fed. R Civ. P. 41(b); see also Fed. R. Civ. P. 16(f), 37(b)(2)(A)(v).

Dated:    New York, New York
            August 19, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**