The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: November 6, 2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN BEAUCHAMP, on behalf of himself and all others similarly situated,

           Plaintiffs,

-against-

TBM BOOKMANAGER LTD.,

           Defendant.

Case No. 1:24-cv-01430-JHR-SLC

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, TBM BOOKMANAGER LTD., shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            August 19, 2024

Respectfully submitted,

/s/ *Mars Khaimov*

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com